IN THE UNITED SATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN K. WEILER, | ) | CASE NO. 1:17 CV 02226 |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| | ) | |
| IRS, | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| | ) | |
| DEFENDANT. | ) | JUDGMENT |

For the reasons set forth in the Memorandum Opinion filed contemporaneously herewith, the Report and Recommendation of Magistrate Judge Baughman (Docket #23) is hereby ADOPTED. The Defendant's Motion for Summary Judgment is GRANTED, the Plaintiff's Motion for Summary Judgment is DENIED, and sanctions in the amount of $1,000 are assessed against Plaintiff, payable to the Clerk of Court.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: May 30, 2019