# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

No: 19-3729

Filed: June 16, 2020

SHAWN K. WEILER

    Plaintiff - Appellant                                           1:17cv2226 - DCN

v.

U.S. DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 04/24/2020 the mandate for this case hereby issues today.   Affirmed

COSTS: None